ERIC GRANT
United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Oct 18, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | CASE NO. 2:25-mj-0158 SCR |
| Plaintiff, | SEALING ORDER |
| v. | |
| LEON JAMES WHITELEY, | **UNDER SEAL** |
| Defendant. | |

**SEALING ORDER**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court. Law enforcement officers participating in the investigation may utilize copies of the sealed documents without further order of Court. Additionally, the government may provide the sealed document to defense counsel to comply with its discovery obligations in a criminal proceeding without further order of Court.

Dated: October 18, 2025

_____
Hon. Sean C. Riordan
U.S. MAGISTRATE JUDGE

SEALING ORDER